

## Division of Human Rights

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

---

NEW YORK STATE DIVISION OF
HUMAN RIGHTS on the Complaint of

MARGUERITE M. BAGAROZZI,

                            Complainant,

                v.

CITY OF NEW YORK, DEPARTMENT OF
EDUCATION,

                            Respondent.

---

DETERMINATION AND
ORDER OF DISMISSAL FOR
ADMINISTRATIVE
CONVENIENCE

Case No.
10189699

Federal Charge No. 16GB704061

On 7/21/2017, Marguerite M. Bagarozzi filed a verified complaint with the New York State Division of Human Rights ("Division") charging the above-named respondent with an unlawful discriminatory practice relating to employment because of age, race/color, and opposed discrimination/retaliation in violation of N.Y. Exec Law, art. 15 ("Human Rights Law").

Pursuant to Section 297.3 of the Human Rights Law, the Division finds that noticing the complaint for hearing would be undesirable and the complaint, therefore, is ordered dismissed on the grounds of administrative convenience for the following reason(s):

The Complainant intends to pursue federal remedies in court, in which forum all the issues concerning the question of discrimination charged can be resolved.

Section 297.9 of the Human Rights Law provides that:

... where the Division has dismissed such complaint on the grounds of the administrative convenience, ... such person shall maintain all rights to bring suit as if no complaint had been filed.

PLEASE TAKE NOTICE that any party to this proceeding may appeal this Determination to the New York State Supreme Court in the County wherein the alleged unlawful discriminatory practice took place by filing directly with such court a Notice of Petition and Petition <u>within sixty (60) days after service of this Determination</u>. A copy of this Notice and

Petition must also be served on all parties including General Counsel, State Division of Human Rights, One Fordham Plaza, 4th Floor, Bronx, New York 10458. DO NOT FILE THE ORIGINAL NOTICE AND PETITION WITH THE STATE DIVISION OF HUMAN RIGHTS.

Your charge was also filed under Title VII of the Civil Rights Act of 1964. Your charge was also filed under the Age Discrimination in Employment Act (ADEA). Enforcement of the aforementioned law(s) is the responsibility of the U.S. Equal Employment Opportunity Commission (EEOC). You have the right to request a review by EEOC of this action. To secure review, you must request it in writing, within 15 days of your receipt of this letter, by writing to EEOC, New York District Office, 33 Whitehall Street, 5th Floor, New York, New York 10004-2112. Otherwise, EEOC will generally adopt our action in your case.

Dated: 01/08/18
Brooklyn, New York

STATE DIVISION OF HUMAN RIGHTS

By: *[signature]*
William LaMot
Regional Director

NYC DEPARTMENT OF EDUCATION
2018 JAN 10 PM 3:03
LEGAL SERVICES

NEW YORK
NY 100
25 JAN '18
PM 7 L

City of New York, Department of Education
Attn: Nancy Morisseau, Agency Attorney
Office of Legal Services, 52 Chambers Street,
Room 308
New York, NY 10007

STATE OF NEW YORK
EXECUTIVE DEPARTMENT
**DIVISION OF HUMAN RIGHTS**
55 HANSON PLACE, ROOM 304
BROOKLYN, NY 11217