```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MARGUERITE BAGAROZZI,

                         Plaintiff,    **STIPULATION OF DISMISSAL WITH PREJUDICE**

       -against-

NEW YORK CITY DEPARTMENT OF EDUCATION;    18 Civ. 4893 (RA)
SHOMARI AKIL, PRINCIPAL of QUEENS ACADEMY
HIGH SCHOOL; NATHIFA MORRIS, ASSISTANT
PRINCIPAL of QUEENS ACADEMY HIGH SCHOOL,

                         Defendants.

-----------------------------------------------------------------x

       **IT IS HEREBY STIPULATED AND AGREED** by and between the parties as represented below that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed with prejudice as to all defendants without costs, fees, or disbursements to any party. This stipulation may be filed by either party without notice to the other.

Dated: March 2, 2020
       New York, New York

**GLASS HARLOW & HOGROGIAN LLP**
Attorneys for Plaintiff
85 Broad Street, 18th Floor
New York, New York 10004
(212) 537-6859

**JAMES E. JOHNSON**
Corporation Counsel of the
 City of New York
Attorney for Defendant DOE
100 Church Street, 2-173
New York, New York 10007
(212) 356-2549

By: _____
    Bryan Glass

By: _____
    Leo T. Ernst

SO ORDERED:
_____
U.S.D.J.
3-2-20